**No. 51907.**—Davis Grossman Glove Corp. *v.* United States, protests 649791–G, etc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

**No. 51908.**—W. T. Grant Co. *v.* United States, protest 130346–K/12658 (New Orleans).

Opinion by LAWRENCE, J. The uncontradicted evidence established that the shaving sets in question are similar in all material respects to those the subject of Abstract 50488. Following the cited authority the claim at 40 percent under paragraph 339 was sustained.